```
 1  AARON D. FORD
      Attorney General
 2  JESSICA BROWN (Bar No. 14487)
      Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
 5  (702) 486-3326 (phone)
    (702) 486-3773 (fax)
 6  Email: j.brown@ag.nv.gov

 7  Attorneys for Dana Marks,
    Carmen Mell and Martin Naughton
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MARDELL MAURICE JOHNSON, | Case No. 3:22-cv-00552-CLB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS** |
| NEVADA DEPARTMENT OF CORRECTIONS MEDICAL DEPARTMENT, et al., | **WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jessica Brown, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Mardell Maurice Johnson, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 13th day of March, 2024.

DATED this 13th day of March, 2024.

AARON D. FORD
Attorney General

By: _____
MARDELL MAURICE JOHNSON
Plaintiff, *Pro Se*

By: __/s/ Jessica Brown_____
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant, NDOC*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  3-18-24 , 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2024